IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY COZZI, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:14-cv-1768-KOB-TMP |
| ) | |
| CITY OF BIRMINGHAM, et. al., ) | |
|     Defendants. ) | |

### ORDER

In conformity with the Memorandum Opinion entered contemporaneously with this Order, the court

(1)  OVERRULES all of Cozzi's objections EXCEPT his objections regarding whether Detective Thomas had arguable probable cause to arrest Cozzi;

(2) ADOPTS the magistrate judges report and ACCEPTS his recommendation on all claims EXCEPT the false arrest claim against Cedrick Thomas in Count Two;

(3)  GRANTS the Defendants' motion for summary judgment as to Count One (unlawful search of Cozzi's home under § 1983) and Count Three (excessive force under § 1983) as to *all* Defendants;

(4) GRANTS the Defendants City of Birmingham, G.H. Montgomery, Detective Jones, and Detective Lampley's motion for summary judgment as to the false arrest claim in Count Two;

1

(5) DENIES Defendant Cedrick Thomas' motion for summary judgment as to the false arrest claim in Count Two; and

(6) GRANTS the Defendants' motion for summary judgment as to the ADA and Rehabilitation Act claims in Count Four.

DONE and ORDERED this 22nd day of February, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE